```
CLERK'S OFFICE U.S. DIST. COURT
       AT ROANOKE, VA
            FILED
         SEP 2 0 2007
    JOHN F. CORCORAN, CLERK
    BY:
            DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| DONALD C. HAAS, | ) |
| Plaintiff, | ) Civil Action No. 5:06CV00091 |
| v. | ) ORDER OF DISMISSAL |
| BRISTOL-MYERS SQUIBB COMPANY, ET AL., | ) By: Samuel G. Wilson<br>) United States District Judge |
| Defendants. | ) |

By order entered August 20, 2007, Stella-Louise Sabados was granted 30 days to seek substitution as the real party in interest to this suit, pursuant to Rule 17 of the Federal Rules of Civil Procedure. She was advised that failure to respond to the order would result in the court dismissing the case. Stella-Louise Sabados has failed to respond to the order.

Accordingly, it is **ORDERED and ADJUDGED** that this case is **DISMISSED** without prejudice and stricken from the docket of the court.

ENTER: This September 20th, 2007.

_____
UNITED STATES DISTRICT JUDGE